**Order entered October 29, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01283-CV

**SEYED MOSTAFA FARNIA, Appellant**

**V.**

**ANISSA WILLIAMS, Appellee**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-12324**

## ORDER

Before the Court is appellant's October 26, 2018 motion to abate appeal pending mediation or, alternatively, motion for extension of time. We **GRANT** the motion to the extent we **ORDER** appellant to either file a motion to dismiss the appeal or pay the filing fee, file the docketing statement, and file written verification the clerk's record has been requested no later than November 9, 2018.

/s/    DAVID EVANS
       JUSTICE